**Roddy Q. Bolaños**
ATTORNEY AT LAW – ABOGADO, LLC.

608 Kennedy Blvd., Union City, NJ 07087
Office: (201)-617-0640 ● Fax: (201)-624-7772 ● E-mail: **lawoffice@me.com**

Roddy Q. Bolanos, Esq.*
William M. Candia, Esq.*0+

*Admitted to practice in NJ
0Admitted to practice in ND
+Admitted to practice in NY

October 13, 2026

Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Perez Gallegos v. Mullin, et al., No. 26-10877 (RK)***

Dear Judge Kirsch

This office represents the petitioner in the above captioned matter. The petitioner respectfully does not wish to request any further relief from this court. The Petitioner requests that this Court dismisses the Habeas Corpus petition, lifts any injunctions and closes this matter.

Sincerely,

William M. Candia, Esq.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** October 14, 2026